**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |
| **This document relates to:**<br>*Harris v. Davol, Inc. et al.*<br>Case No. 2:21-cv-3767 | |

### ORDER

On November 8, 2022, the Court ordered Plaintiff to perfect service pursuant to Civil Rule 4.  (ECF No. 3.)  On November 22, 2022, Defendants filed a notice that Plaintiff had not complied with the Court's order.  (ECF No. 4.)  Therefore, Defendants' Motion to Dismiss for Failure to Serve Complaint (ECF No. 4) is **GRANTED** and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.  Defendants' original motion to dismiss (ECF No. 2) is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**


**2/21/2023**　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**